The motion to dismiss is granted and the appeal is dismissed for the want of a substantial federal question. *Charles C. Wise, Jr.* and *Edward S. Pinney* for appellant. *John G. Fox,* Attorney General of West Virginia, for appellee.

No. 184. General Protective Committee for the Holders of Option Warrants of the United Corporation *v.* Securities and Exchange Commission et al., 346 U. S. 521; and

No. 154. Downing et al. *v.* Securities and Exchange Commission et al., 346 U. S. 930. The applications to stay the mandate in No. 184 and for leave to file petitions for rehearing out of time in Nos. 154 and 184 are denied. Mr. Justice Douglas took no part in the consideration or decision of these applications.

No. 427. Franklin National Bank of Franklin Square *v.* New York. Appeal from the Court of Appeals of New York. The application of the Solicitor General on behalf of the Government for leave to appear and present oral argument, as *amicus curiae,* is granted.

No. 346, Misc. Ex parte Lustig. Motion for leave to file petition for writ of habeas corpus denied.

No. 531. Alton *v.* Alton. C. A. 3d Cir. Certiorari granted. *Abe Fortas* and *Milton V. Freeman* for petitioner. *Hyman Smollar* for respondent.

No. 182. Metallic Building Co. *v.* National Labor Relations Board. C. A. 5th Cir. Certiorari denied. *Fritz L. Lyne* for petitioner. *Acting Solicitor General*